UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND AND TRAINING PROGRAM FUND, ANNA GUTSIN, *in her fiduciary capacity as Director,* and MICHAEL PROHAKA, *as Business Manager of the Mason Tenders District Council of Greater New York,* <br><br> Petitioners, <br><br> -v.- <br><br> IDEAL INTERIORS, INC., <br><br> Respondent. | 23 Civ. 5110 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 16, 2023, Petitioners filed a petition to confirm an arbitration award. (Dkt. #1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **August 2, 2023**. Respondent's opposition, if any, is due on **August 30, 2023**. Petitioner's reply, if any, is due **September 13, 2023**.

SO ORDERED.

Dated: June 21, 2023
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge