**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES FOR THE MASON
TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND,
ANNUITY FUND, AND TRAINING
PROGRAM FUND; MICHAEL
PROHAKA; and ANNA GUTSIN,

                Petitioners,
   -against-                                      23 **CIVIL** 5110 (KPF)

                                                **JUDGMENT**

IDEAL INTERIORS, INC.,

                Respondent.
-----------------------------------------------------------------X

   It is hereby ORDERED, ADJUDGED AND DECREED:  That for the reasons stated in the Court's Opinion and Order dated October 24, 2023, Petitioners' motion for summary judgment is GRANTED. Judgment is entered in favor of Petitioners in the amount of $82,793.35, the outstanding balance due under the Award. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961. Accordingly the case is closed.

**Dated:**  New York, New York

       October 24, 2023

                                                   **RUBY J. KRAJICK**
                                                    Clerk of Court

                   **BY:**

                                                       **Deputy Clerk**